UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:09CV105-J

MARY J. HAWKINS                                                            PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                   DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Mary J. Hawkins seeks Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the final decision of the Commissioner be affirmed and the plaintiff's claim dismissed.

Plaintiff has filed a document entitled "Plaintiff's Objections to the United States Magistrate Judge's Report and Recommendation" (DN 15) wherein she has simply copied and pasted in its entirety the contents of her Fact and Law Summary. This pleading does not constitute an objection within the meaning of the statute and the civil rule, both of which require "specific written objection" to trigger de novo review. 28 U.S.C. Sec. 636(b)(1)(C) and Fed.R.Civ.P. 72(b). In Thomas v. Arn, 474 U.S. 140, 147 (1985), the Court explained that "[t]he filing of objections to a magistrate's report enables the district judge to focus attention on those issues--factual and legal--that are at the heart of the parties' dispute." Parties "who fail to make specific objections do so at their own peril." Cowherd v. Million, 380 F.3d 909, 914 (6th Cir. 2004).

Accordingly, the Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

For the reasons stated herein, IT IS ORDERED:

1) The Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation are ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.